IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:11-CV-153-F

| | |
|---|---|
| BARBARA GOODMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| DEWAYNE BARBER, Individually and in his official capacity as a Deputy with the Sampson County Sheriff's Office, and OHIO CASUALTY INSURANCE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

This case comes before the court on the parties' joint motion (D.E. 56) to conduct their pre-trial conference on Thursday, 25 October 2012, at 2:30 p.m. by telephone. The motion is ALLOWED. Counsel for plaintiff shall be responsible for calling chambers ((919) 645-1790) at the scheduled time with defense counsel already on the line.

SO ORDERED, this the 24th day of October 2012.

James E. Gates
United States Magistrate Judge