UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CV-00153-F

| | |
|---|---|
| BARBARA GOODMAN,<br>    Plaintiff,<br><br>v.<br><br>DEWAYNE BARBER, Individually<br>and in his official capacity as a Deputy<br>with the Sampson County Sheriff's<br>Office, and OHIO CASUALTY<br>INSURANCE,<br>    Defendants. | <u>O R D E R</u> |

Defendants Dewayne Barber and Ohio Casualty Insurance have filed a Notice of Appeal of the court's October 16, 2012, Order in this action. Consequently, this action, including the trial presently scheduled for the November 5, 2012 term of court, is STAYED pending the appeal. The pretrial conference, previously scheduled for Thursday, October 25, 2012, at 2:30 p.m., is necessarily cancelled.

SO ORDERED.

This the 25th day of October, 2012.

James C. Fox
Senior United States District Judge